1  Bruce W. Kelley, NV Bar No. 7331                    (SPACE BELOW FOR FILING STAMP ONLY)
   Eron Z. Cannon, NV Bar No. 8013
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  8337 West Sunset Road, Suite 350
   Las Vegas, NV  89113
4  Telephone:     (702) 949-1100
   Facsimile:     (702) 949-1101
5  bruce.kelley@mccormickbarstow.com
   eron.cannon@mccormickbarstow.com
6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  ALLSTATE INSURANCE COMPANY,              CASE NO. 2:08-cv-00369-JCM-GWF
    ALLSTATE PROPERTY & CASUALTY
12  COMPANY and ALLSTATE INDEMNITY
    COMPANY,
13
                 Plaintiffs,                    **PROTECTIVE ORDER REGARDING
14                                               DEFENDANTS' FINANCIAL
         vs.                                     INFORMATION**
15
    OBTEEN N. NASSIRI, D.C., JENNIFER
16  NASSIRI, ALBERT NOORDA, M.D.,
    ADVANCED ACCIDENT CHIROPRACTIC
17  CARE, DIGITAL IMAGING SERVICES aka
    DIGITAL IMAGING SERVICES, LLC,
18  MARYLAND MEDICAL CENTER, LLC,

19               Defendants.

20

21         The parties to the above-entitled action by and through their attorneys of record herein,

22  hereby agree as follows:

23         1.      That good cause exists for the parties to enter into a Protective Order concerning

24  the Defendants' private financial information and private financial documents, which may be

25  obtained by the Plaintiffs through discovery efforts in this matter.

26         2.      The parties believe that such an Order is necessary in this case as the Court has

27  ruled that Plaintiffs are entitled to make certain limited inquiries into the Defendants' financial

28  condition, during certain time periods relevant to the issues in this case.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP        03246/01462-1615858.v1
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

3.      As such, the parties hereby agree and stipulate that the following measures be implemented in connection with any private financial information or private financial documents that might be produced by the defendants to the plaintiffs pursuant to legitimate discovery requests in this matter:

a.      No party shall use any such financial information or documents obtained for any purpose not related to the subject litigation.  In this regard, the parties agree not to disclose this information or these documents to anyone other than their lawyers and their agents, experts, and the Court and/or the jury as the Court deems proper.

b.      That whenever any of the private financial information or private financial documents obtained from Defendants is in any pleading or exhibit filed with the Court, the party filing such information will do so in a pleading wherein such pleading has been requested to be filed under seal.

c.      Upon the completion of this litigation, the parties agree that all such private financial information obtained from the Defendants will be returned to the Defendant from whom it was obtained, and/or destroyed at that defendant's preference.

///
///
///
///
///
///
///
///
///
///
///
///
///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

03246/01462-1615858.v1                                    2

1         The parties to the above entitled litigation by and through their counsel hereby agree that

2    good cause exists for the following Protective Order and the procedures for use of the private

3    financial information and financial documents obtained from Defendants in this matter as

4    indicated above.

5

6    Dated: September 14, 2010          Respectfully Submitted by:

7                               McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

8

9                               By:   *s/Bruce W. Kelley*

10                                  Bruce W. Kelley, NV Bar No. 7331
                                    Eron Z. Cannon, NV Bar No. 8013
                                    8337 West Sunset Road, Suite 350

11                                  Las Vegas, NV  89113
                                    Attorneys for Plaintiffs

12

13                                AGWARA & ASSOCIATES

14

15                              By:
                                    Liborius I. Agwara, Esq.

16                                  1058 East Sahara Avenue #B
                                    Las Vegas, NV  89104

17

18   Dated:  September 14, 2010         SCHURERING, ZIMMERMAN, SCULLY,

19                               TWEEDY & DOYLE, LLP

20                            By: *s/Thomas J. Doyle*

21                                Thomas J. Doyle, Esq.
                                  400 University Avenue

22                              Sacramento, California 95825-6502

23   IT IS HEREBY ORDERED.

24   Dated:  September 15, 2010

25                            GEORGE FOLEY, JR.
                              United States Magistrate Judge

26

27

28

03246/01462-1615858.v1           3