1

2

3

4                       **UNITED STATES DISTRICT COURT**

5                       **DISTRICT OF NEVADA**

6

7   ALLSTATE INSURANCE COMPANY, *et al.*,          )
                                                    )
8                               Plaintiffs,         )        Case No.  2:08-cv-00369-PMP-GWF
                                                    )
9   vs.                                             )        **ORDER**
                                                    )
10  OBTEEN N. NASSIRI, D.C, *et al.*,               )        Motion for Extension (#250)
                                                    )
11                              Defendants.         )
    _____       )
12

13          This matter is before the Court on Defendants' First *Ex Parte* Request for Extension of Time to

14  Respond to Plaintiffs' Motion to Compel Discovery, For Costs and Sanctions and for Appointment of

15  Special Master (#250), filed November 15, 2010.

16          Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause

17  shown.  Defendants request a ten (10) day extension of time to respond to Plaintiffs' motion as defense

18  counsel has recently been involved in intensive hearings and a trial.  (#250).  As the date for Defendants

19  to respond to the motion to compel is November 15, 2010, Defendants asks that the Court consider the

20  matter on an expedited[1] basis.  The Court finds good cause to grant Defendants' request.  Accordingly,

21  . . .

22  . . .

23  . . .

24  . . .

25  _____

26          [1] Defendants appear to have titled the present motion "*ex parte*" in an attempt to have the matter
    heard on an emergency or expedited basis.  However, the latin phrase "*ex parte*" does not refer to the
27  speed in which the Court considers a motion.  *Ex parte* is a term that refers to a legal communication
    that is undertaken "without notice to or argument from the adverse party".  BLACK'S LAW DICTIONARY
28  (8th ed. 2004).  The Certificate of Service attached to the present motion states that the motion was
    served on Plaintiffs.  (#250 at 4).  As a result, the motion is not *ex parte*.

1    **IT IS HEREBY ORDERED** that Defendants' First *Ex Parte* Request for Extension of Time

2  to Respond to Plaintiffs' Motion to Compel Discovery, For Costs and Sanctions and for Appointment

3  of Special Master (#250) is **granted**.  Defendants will have until November 26, 2010 to file a response

4  to Plaintiffs' motion.

5    DATED this 16th day of November, 2010.

6

7    _____

8    GEORGE FOLEY, JR.
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28