# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE CO., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> OBTEEN N. NASSIRI, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:08-cv-00369-JCM-GWF <br><br> **ORDER** <br><br> Motion to Enforce Discovery <br> Deadline (#302) |

This matter is before the Court on Plaintiffs' Emergency Motion to Enforce the Current Discovery Deadline of May 6, 2011 (#302), filed April 26, 2011.

Plaintiffs request that the Court issue an order that the current discovery deadline will not be extended. (#302). The Court finds that Plaintiffs' request is premature. To date, no party has moved for the Court to extend the discovery deadline. As there is no such request pending, the Court will deny Plaintiffs' motion without prejudice. In the event that a party does move for an extension of discovery, Plaintiffs may oppose the request.

The Court does note that Interested Party Adam Kutner's Objection to the Order granting Plaintiff's Motion to Compel the Deposition of Adam Kutner (#283) remains pending. In the event that the objection is overruled, the Court will permit the taking of Mr. Kutner's deposition even if it takes place after the close of discovery on May 6, 2011. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion to Enforce the Current Discovery Deadline of May 6, 2011 (#302) is **denied** without prejudice as premature.

DATED this 2nd day of May, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**