1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7
8   ALLSTATE INSURANCE COMPANY, *et al.*,       )
                                                )
9                           Plaintiffs,         )       Case No.  2:08-cv-00369-JCM-GWF
                                                )
10  vs.                                         )       **<u>ORDER</u>**
                                                )
11  OBTEEN N. NASSIRI, D.C, *et al.*,           )
                                                )
12                          Defendants.         )
    _____       )
13

14          **IT IS ORDERED** that all remaining discovery authorized by the Court shall be completed by

15  **October 12, 2011**.  The deadline for filing dispositive motions is **November 11, 2011**.  The deadline

16  for filing the joint pretrial order is **December 12, 2011**.

17          DATED this 22nd day of July, 2011.

18
19                                              _____
20                                              GEORGE FOLEY, JR.
                                                United States Magistrate Judge
21
22
23
24
25
26
27
28