UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> OBTEEN N. NASSIRI, D.C, *et al.*, ) <br> ) <br> Defendants. ) | Case No.  2:08-cv-00369-JCM-GWF <br><br> **ORDER** |

On October 17, 2011, the Court entered an Order (#364) denying Defendants' Motion for the District Judge to Reconsider Judge Foley's Order (#342), which denied Defendants' request to strike Plaintiff's complaint, but instead awarded attorney's fees and costs.  In light of the Court denying the Motion to Reconsider, the Court will re-set the deadlines for filing the memorandum of attorney's fees and costs.  Accordingly,

**IT IS HEREBY ORDERED** that:

1. Counsel for Defendants shall, no later than **14 days** from entry of this order, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of attorney's fees and costs incurred in the motion addressed in this order.  The memorandum shall provide a reasonable itemization and description of the work performed, identify the attorney(s) or other staff member(s) performing the work, the customary fee of the attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work.  The attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the fees and costs charged are reasonable.

2. Counsel for Plaintiffs shall have **14 days** from service of the memorandum of costs and attorney's fees in which to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any equitable considerations deemed appropriate for the court to consider in determining the amount of costs and fees which should be awarded.

3. Counsel for Defendants shall have **7 days** from service of the responsive memorandum in which to file a reply.

DATED this 28th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge