# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*, | Case No. 2:08-cv-00369-JCM-GWF |
| Plaintiffs, | **ORDER** |
| vs. | **Motion for Summary Judgment - #353** |
| OBTEEN N. NASSIRI, D.C., *et al.*, | |
| Defendants. | |

This matter is before the Court on the Nassiri-Defendants' Motion for Summary Judgment (#353), filed on September 15, 2011; Plaintiffs' Response to the Nassiri-Defendants' Motion for Summary Judgment (#360), filed on October 11, 2011; and the Nassiri-Defendants' Reply to the Plaintiffs' Response to the Nassiri-Defendants' Motion for Summary Judgment (#376), filed October 28, 2011. The Court conducted a hearing in this matter on November 17, 2011.

The Court finds that there are questions of fact regarding when the Plaintiffs knew, or should have known, about the Defendants' fraud.

//
//
//
//
//
//
//
//
//

03246/01462-1831489.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. Sunset Road, Suite 350
Las Vegas, NV 89113

**IT IS HEREBY ORDERED** that the Nassiri-Defendants' Motion for Summary Judgment (#353) is **denied**.

Dated this 5th day of December, 2011.

JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE

Dated: November 28, 2011

Respectfully Submitted by:

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Bruce W. Kelley, NV Bar No. 7331
Eron Z. Cannon, NV Bar No. 8013
Michael T. Graves, NV Bar No. 11144
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Attorneys for Plaintiffs