AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Allstate Insurance Company, et al.,

                Plaintiffs,

V.

Obteen N. Nassiri, D.C., et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

(Attorney Fees)

Case Number: 2:08-cv-00369-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorneys fees are awarded in favor of Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Company, and Allstate Indemnity Company and against non-party Adam S. Kutner in the amount of $5,350.75.

December 6, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk