UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY, et al.,

        Plaintiffs,

v.

OBTEEN N. NASSIRI, D.C., et al.,

        Defendants.

2:08-CV-369 JCM (GWF)

**ORDER**

Presently before the court is defendants Albert Noorda and Maryland Medical Center, LLC's motion for leave to file excess pages. (Doc. #402). Plaintiffs Allstate Insurance Company, et. al. filed an opposition and a counter-motion to strike defendants' motion for summary judgment. (Doc. #409). Defendants did not file a reply.

On the same day defendants filed the instant motion, they filed a 77-page motion for summary judgment. (Doc. #403). Defendants' summary judgment motion more than doubles the 30 pages allowed pursuant to Local Rule 7-4. Because defendants filed both the motion for leave to file excess pages and the motion for summary judgment on the same day, this court did not have an opportunity to review defendants' motion for leave to file excess pages before defendants filed the motion for summary judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Albert Noorda and Maryland Medical Center, LLC's motion for leave to file excess pages (doc. #402) be, and the

**James C. Mahan**
**U.S. District Judge**

same hereby is, DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs Allstate Insurance Company, et. al.'s counter-motion to strike defendants' summary judgment motion (doc. #409) be, and the same hereby is, GRANTED.  Defendants have 14 days from the entry of this order to file a summary judgment motion that conforms to Local Rule 7-4.

DATED this 19th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE