Mark A. Hutchison (4639)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
mhuthinson@hutchlegal.com
tprall@hutchlegal.com

*Attorneys for Adam S. Kutner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALL STATE INSURANCE COMPANY; ALL STATE PROPERTY & CASUALTY COMPANY, ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OBTEEN N. NASSIRI, D.C., JENNIFER NASSIRI, ALBERT NOORDA, M.D., ADVANCED ACCIDENT CHIROPRACTIC CARE, DIGITAL IMAGING SERVICES aka DIGITAL IMAGING SERVICES, LLC, J&O HOLDINGS, LLC, MARYLAND MEDICAL CENTER, LLC<br><br>Defendants. | Case No.: 2:08-cv-00369-JCM-GWF |

## SATISFACTION OF JUDGMENT

For and in Consideration of the sum of five thousand three hundred fifty dollars and seventy five cents ($5,350.75), received on behalf of Adam Kutner. Full and Final Satisfaction is hereby acknowledged on the judgment entered on December 6, 2011, against Adam S. Kutner in the above-referenced matter ("Judgment") including all costs, fees, and post-judgment interest, in favor of Allstate Insurance Company, relating to the deposition and for full and satisfaction of any claim relating to the deposition of Adam S. Kutner taken in this

1  matter. I authorize and direct the Clerk of the U.S. District Court for the District of Nevada to
2  enter Satisfaction of said Judgment.
3       DATED this ____4____ day of January, 2012.
4                                     MCCORMICK BARSTOW, LLP

                                   _____
                                   Eron Z. Cannon
                                   MCCORMICK BARSTOW, LLP
                                   800 5TH Avenue Suite 4100
                                   Seattle, WA   98104

### ORDER

     IT IS HEREBY ORDERED that the Judgment against Defendant, ADAM S. KUTNER, has been fully satisfied in the matter of *ALLSTATE v. NASSIRI*, Case Number 2:08-cv-00369-JCM-GWF.

     Dated February 6, 2012.

                                   _____
                                   HONORABLE U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

HUTCHISON & STEFFEN, LLC

_____
Mark A. Hutchison
Todd W. Prall
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Adam S. Kutner