# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY, et al.,

       Plaintiffs,

v.

OBTEEN N. NASSIRI, D.C., et al.,

       Defendants.

2:08-CV-369 JCM (GWF)

# ORDER

Presently before the court is defendants Obteen Nassiri, D.C., et al.'s ("Nassiri defendants") motion to continue trial. (Doc. # 475).

Provided the time sensitive nature of this motion, given that motions in limine are due by December 7, 2012; the court orders an expedited briefing schedule. If plaintiffs Allstate Insurance Company, et al. choose to file an opposition, they shall have up to, and including, October 24, 2012. Further, if the Nassiri defendants choose to file a reply, they shall have up to, and including, November 2, 2012.

Further, the court finds this motion appropriate for oral argument. A hearing on this matter is set for **November 7, 2012, at 10:00 a.m. in courtroom 6A**.

IT IS SO ORDERED.

DATED October 16, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**