UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OBTEEN N. NASSIRI, D.C., et al.,<br><br>Defendants. | 2:08-CV-369 JCM (GWF) |

**ORDER**

Presently before the court is plaintiffs Allstate Insurance Co., et al. and defendants Obteen Nassiri, D.C., et al.'s joint submission of potential new trial dates. (Doc. # 483).

The joint submission states that June 3, 2013, works for all parties.

Based on the representations of counsel, this matter is scheduled for the June 3, 2013, trial stack. Calendar call is set for May 29, 2013, at 1:30 p.m. in courtroom 6A.

IT IS SO ORDERED.

DATED December 5, 2012.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**