UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>OBTEEN N. NASSIRI, D.C., et al.,<br><br>　　　　　Defendants. | 2:08-CV-369 JCM (GWF) |

**ORDER**

Presently before the court is the matter of *Allstate et al. v. Nassiri et al.*, case no. 2:08-cv-00369-JCM-GWF.

A party seeking to file a confidential document under seal must file a motion to seal and must comply with the Ninth Circuit's directives in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The court has adopted electronic filing procedures, and with a few exceptions not applicable here, the clerk of the court no longer maintains paper records. Special Order 109 requires the clerk of the court to maintain the official files for all cases filed on or after November 7, 2005, in electronic form. The electronic record constitutes the official record of the court. Attorneys must file documents under seal using the court's electronic filing procedures. *See* LR 10-5(b). That rule provides:

> Unless otherwise permitted by statute, rule or prior Court order, papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures. If papers are filed under seal pursuant to prior Court order, the papers shall bear the following notation on the first page, directly under the case number: "FILED UNDER SEAL PURSUANT TO

**James C. Mahan**
**U.S. District Judge**

1   COURT ORDER DATED _____." All papers filed under seal will remain sealed until such time as the Court may deny the motion to seal or
2   enter an order to unseal them, or the documents are unsealed pursuant to Local Rule.

3   *Id.* Documents filed under seal are not accessible to the public.

4   The court has approved a qualified protective order over protective health information ("PHI"). (Doc. # 221). However, that order was limited to governing the protection of PHI in pre-trial discovery proceedings. This case is now at the trial stage and plaintiffs have not complied with the local rule or *Kamakana*, 447 F.3d 1172.

8   IT IS ORDERED that plaintiffs shall comply with the requirements of LR 10-5(b), the Ninth Circuit's decision in *Kamakana*, 447 F.3d 1172, with respect to any documents plaintiffs wish to file under seal.

11   DATED June 3, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -