McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Eron Z. Cannon
Nevada Bar No. 8013
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:   (702) 949-1101
Eron.cannon@mccormickbarstow.com

Bruce W. Kelley
Nevada Bar No. 7331
Atkin Winner & Sherrod
1117 South Rancho Drive
Las Vegas, NV 89102
Telephone:  (702) 243-7000
Facsimile:   (702) 243-7059

Attorneys for ALLSTATE INSURANCE
COMPANY, ALLSTATE PROPERTY &
CASUALTY INSURANCE COMPANY AND
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OBTEEN N. NASSIRI, D.C., et al.,<br><br>Defendants. | Case No. 2:08-CV-00369-JCM (GWF)<br><br>**FINAL JUDGMENT** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W Sunset Rd, Suite 350
Las Vegas, NV 89113

2:08-CV-00369-PMP (GWF)

[PROPOSED] FINAL JUDGMENT

## [PROPOSED] FINAL JUDGMENT

This action came on for trial before the Court and a jury, Honorable James C. Mahan, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, the Court enters judgment as follows:

It is ORDERED and ADJUDGED that Plaintiffs recover from Defendants Obteen Nassiri, Advanced Accident Chiropractic Care, and ONN Management dba Digital Imaging Services and Digitial X-Ray Services, LLC, jointly and severally, treble compensatory damages in the amount of $3,596,246.46, plus pre-judgment interest in the amount of $1,002,983.28 through July 19, 2013.

It is further ORDERED and ADJUDGED that Plaintiffs recover from Defendant Jennifer Nassiri damages of $1.

It is further ORDERED and ADJUDGED that Plaintiffs recover from Defendant Obteen Nassiri punitive damages in the amount of $1,678,248.34.

It is further ORDERED and ADJUDGED that Plaintiffs recover from Defendant Advanced Accident Chiropractic Care punitive damages in the amount of $719,249.29.

It is further ORDERED and ADJUDGED that Plaintiffs recover from Defendant ONN Management dba Digital Imaging Services and Digitial X-Ray Services, LLC punitive damages in the amount of $119,874.88.

It is further ORDERED and ADJUDGED that Plaintiffs recover post-judgment interest from Defendants Obteen Nassiri, Advanced Accident Chiropractic Care, and ONN Management dba Digital Imaging Services and Digitial X-Ray Services, LLC, jointly and severally on the $3,596,246.46 treble compensatory damages award, and individually as to the respective punitive damages awards. Post-judgment interest shall accrue on all sums in this Judgment at the rate of .12%, as determined by the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System for the calendar week of July 12. Post-judgment interest shall accrue from the date of entry of this Judgment, and shall be computed daily to the date of payment, and shall be compounded annually.

It is further ORDERED and ADJUDGED, that Plaintiffs recover costs, jointly and severally, from the Defendants.

This is a final judgment but is without prejudice to the Plaintiffs' right to move for an award of attorney fees as permitted by Federal Rule of Civil Procedure 54(d)(2) and Local Court Rule 54-16.

DATED September 10, 2013.

By *(signed)* James C. Mahan
The Honorable James C. Mahan
United States District Judge

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W Sunset Rd, Suite 350
Las Vegas, NV 89113