ERON Z. CANNON, ESQ.
Nevada Bar No. 8013
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101
eron.cannon@mccormickbarstow.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OBTEEN N. NASSIRI, D.C., JENNIFER NASSIRI, ALBERT NOORDA, M.D., ADVANCED ACCIDENT CHIROPRACTIC CARE, DIGITAL IMAGING SERVICES aka DIGITAL IMAGING SERVICES, LLC, MARYLAND MEDICAL CENTER, LLC,<br><br>Defendants. | Case No. 2:08-CV-00369-JCM (GWF)<br><br>**ORDER AWARDING PLAINTIFFS ATTORNEY FEES AND COSTS** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

1

2:08-CV-00369-PMP (GWF)

ORDER AWARDING PLAINTIFFS ATTORNEY FEES

## ORDER AWARDING PLAINTIFFS ATTORNEY FEES AND COSTS

It is ORDERED and ADJUDGED that Plaintiffs recover attorney fees, jointly and severally, from the Defendants Obteen Nassiri, Advanced Accident Chiropractic Care, and ONN Management dba Digital Imaging Services and Digital X-Ray Services, LLC, in the amount of $1,195,008.50, plus pre-judgment interest at 5.25% pursuant to N.R.S. § 17.130 (prime rate on July 1, 2013, plus 2 percent) in the amount of $151,084.20 through September 10, 2013, as set forth in the attached Schedule A.

It is further ORDERED and ADJUDGED that Plaintiffs recover post-judgment interest on attorney fees, accruing at the rate of .12%, as determined by the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System for the calendar week of July 12. Post-judgment interest shall accrue from the date of Final Judgment entered on September 10, 2013, and shall be computed daily from the date of payment, and shall be compounded annually.

It is further ORDERED and ADJUDGED that Plaintiffs recover costs, jointly and severally, from all Defendants in the amount of $208,562.78, plus pre-judgment interest at 5.25% pursuant to N.R.S. § 17.130 (prime rate on July 1, 2013, plus 2 percent), in the amount of $28,040.05 through September 10, 2013, as set forth in the attached Schedule B.

It is further ORDERED and ADJUDGED that Plaintiffs recover post-judgment interest on costs, accruing at the rate of .12%, as determined by the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System for the calendar week of July 12. Post-judgment interest shall accrue from the date of Final Judgment entered on September 10, 2013, and shall be computed daily from the date of payment, and shall be compounded annually.

DATED: April 11, 2014.

By: *[signature]*
The Honorable James C. Mahan
United States District Judge