AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Allstate Insurance Company, et al.,

　　　　　　　　　　　Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Obteen N. Nassiri, D.C., et al.,

Case Number: 2:08-cv-00369-JCM-GWF

　　　　　　　　　　　Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

that Judgment for Attorney Fees and Costs is awarded in favor of Plaintiffs Allstate Insurance Company, Allstate Indemnity Company and Allstate Property & Casualty Insurance Company and against Defendants Obteen Nassiri, Advanced Accident Chiropractic Care and ONN Management d/b/a Digitial Imaging Services and Digital X-Ray Services, LLC in the amount of $1,195,008.50 plus pre-judgment interest in the amount of $151,084.20. IT IS FURTHER ORDERED that Plaintiffs recover costs, jointly and severally, from all Defendants in the amount of $208,562.78, plus pre-judgment interest in the amount of $28,040.05.

| April 11, 2014 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Ari Caytuero |
| | (By) Deputy Clerk |